

**BYRON W. BROWN**
Mayor of Buffalo

**CAVETTE A. CHAMBERS**
Corporation Counsel

## LAW DEPARTMENT

May 13, 2024

Hon. William M. Skretny
US District Court, WDNY
2 Niagara Square
Buffalo, NY 14202

    Re:    Rupp v. Buffalo, et al.
             17-cv-1209

Dear Judge Skretny:

    Our office represents the defendants in this action. I am filing this letter with the plaitniff's consent, and in furtherance of the court's recent text order. See Dkt. 45. The parties met with mediator Michael Menard, Esq. on April 23, 2024. The case did not settle. However, the parties continue to talk, and we request an additional 60 days to continue our mediation efforts. The defendants are not in a position at this time to consent to proceeding before a magistrate judge.

    Thank you for your attention to this matter.

                            Respectfully yours,

                            Cavette A. Chambers
                            Corporation Counsel

                By:    s/David M. Lee
                         Assistant Corporation Counsel
                         Direct Dial (716) 851-9691
                         dlee@city-buffalo.com

cc.    Marco Cercone, Esq. (via CM/ECF)